**Javier GONZALES–RODRIGUEZ, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

No. 03–6268.

United States Court of Appeals, Fourth Circuit.

Submitted April 17, 2003.

Decided April 24, 2003.

Javier–Gonzales Rodriguez, Appellant Pro Se.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Javier Gonzales–Rodriguez, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Gonzales–Rodriguez v. United States,* No. CA–03–15–5–BO (E.D.N.C. Jan. 27, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*